# United States District Court
# Eastern District of Louisiana

**15-2375**

**SECT. N MAG. 3**

Plaintiff
Maria A. Snow

-vs-

Defendant
Cracker Barrel Old Country Store Inc.

## Complaint

I, Maria A. Snow, was employed by Cracker Barrel Old Country Store Inc. from June 7, 2012 thru November 24, 2014 and was wrongfully terminated due to age discrimination by Joseph Carmen,

## Jurisdiction

This court has jurisdiction under LSA 23:301 et seq and the age discrimination in employment Act and any other state and federal law applicable thereto.

## Parties

Plaintiff - Maria A. Snow
73101 Allen Rd, Abita Springs
La. 70420

Defendant - Cracker Barrel Old Country Store Inc
8001 Pinnacle Pkwy.
Covington, La. 70433
Home Office - Lebanon, Tn.
305 Hartman DR.
Lebanon, Tn. 37087

## Complaint

I, Maria A. Snow, was employed by Cracker Barrel Old Country Store Inc from June 7, 2012 thru November 24, 2014 and was wrongfully terminated due to age discrimination by Joseph Carmen.

## Demand

I seek all damages awardable under applicable state and federal law including but not limited to LSA 23:301 et seq and the Age Discrimination Employment Act.

Maria A. Snow

Dated 6-30-2015

Maria A. Snow 73101 Allen Rd.
Abita Springs, La. 70420  (985) 249-4874