UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA A. SNOW | CIVIL ACTION |
| VERSUS | NO. 15-2375 |
| CRACKER BARREL OLD COUNTRY STORE, INC. | SECTION "N" |

### ORDER

On September 8, 2015, the Court issued an Order and Reasons (Rec. Doc. 5), which allowed Plaintiff twenty-one (21) calendar days to amend her complaint to rectify deficiencies noted therein. Plaintiff failed to do so. Therefore, now considering Defendant's renewed Rule 12(b)(6) Motion to Dismiss (Rec Doc. 6), **IT IS ORDERED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of January, 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**